THE STATE EX REL. EADS, APPELLANT, *v.* CALLAHAN, JUDGE, APPELLEE.

[Cite as *State ex rel. Eads v. Callahan* (1998), 82 Ohio St.3d 405.]

(No. 98–227—Submitted May 26, 1998—Decided July 29, 1998.)

*Daniel T. Eads, pro se.*

*Stephanie Tubbs Jones,* Cuyahoga County Prosecuting Attorney, and *Daniel M. Margolis,* Assistant Prosecuting Attorney, for appellee.

*Per Curiam.* We affirm the judgment of the court of appeals for the reasons stated in its opinion. A writ of mandamus will not issue to compel an act already performed. *State ex rel. Jerninghan v. Cuyahoga Cty. Court of Common Pleas* (1996), 74 Ohio St.3d 278, 279, 658 N.E.2d 723, 724.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.